McVeagh et al., Appellants, *v.* Bass.

380

Argued October 13, 1933.

Before KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*Albert H. Wernick,* for appellants.

*Ward C. Henry* of *Swartz, Campbell & Henry,* for appellee.

PER CURIAM, October 26, 1933:

The opinion of the learned court below, filed pursuant to Rule 58, fully justifies its action in entering judgment for the defendant non obstante veredicto. If, as may be possible, the plaintiff, and her daughter testifying on her behalf, exaggerated the darkness in the defendant's store, she must accept the consequences necessarily resulting from that testimony.

The judgment is affirmed on the opinion of the court below.